UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM E. PUTMAN III, Individually, as
Personal Representative for the Estates of
WILLIAM E. PUTMAN II and BARBARA          Case No. 1:26-cv-11422
PUTMAN, Deceased, and as Next Friend of    Hon. Brandy R. McMillion
GABRIELLA PUTMAN, a Minor, BRANDON
PUTMAN, Individually and as Next Friend of
BELLA PUTMAN, MYA PUTMAN,
NOVA PUTMAN, and GIA PUTMAN, Minors,
BLAKE PUTMAN, M.D., Individually, as
Personal Representative for the Estate of MEGAN
PUTMAN, Deceased, and as Next Friend of
MERCY PUTMAN, NOAH PUTMAN, LILLIAN
PUTMAN, and ALENA PUTMAN, Minors,
JENNIFER PUTMAN, KACIE PUTMAN,
ISABELLE PUTMAN, ABBIGAIL PUTMAN,
ADDISION PUTMAN, and EMMA PUTMAN,

     Plaintiffs,

v.

PK TURBO, LLC and PAVEL SHCHUKIN,

     Defendants.

_____/

THE MASTROMARCO FIRM
VICTOR J. MASTROMARCO, JR. (P34564)
KEVIN J. KELLY (P74546)
Attorneys for Plaintiffs
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromarco@mastromarcofirm.com
kkelly@mastromarcofirm.com

_____/

### *EX PARTE* PETITION TO APPOINT BLAKE PUTMAN, M.D. AS NEXT FIREND OF ALENA PUTMAN

NOW COME Plaintiffs, WILLIAM E. PUTMAN III, Individually, as Personal Representative for the Estates of WILLIAM E. PUTMAN II and BARBARA PUTMAN, Deceased, and as Next Friend of GABRIELLA PUTMAN, a Minor, BRANDON PUTMAN, Individually and as Next Friend of BELLA PUTMAN, MYA PUTMAN, NOVA PUTMAN, and GIA PUTMAN, Minors, BLAKE PUTMAN, M.D., Individually, as Personal Representative for the Estate of MEGAN PUTMAN, and as Next Friend of MERCY PUTMAN, NOAH PUTMAN, LILLIAN PUTMAN, and ALENA PUTMAN, Minors, JENNIFER PUTMAN, KACIE PUTMAN, ISABELLE PUTMAN, ABBIGAIL PUTMAN, ADDISION PUTMAN, and EMMA PUTMAN, by and through their attorneys, THE MASTROMARCO FIRM, and hereby petition this Honorable Court for an order appointing Blake Putman, M.D. as Next Friend of Alena Putman, stating as follows:

1.     That this is an *ex parte* petition seeking the appointment of Plaintiff Blake Putman, M.D. as the Next Friend of Alena Putman, Blake Putman's biological, minor daughter.

2.     That pursuant to FED. R. CIV. P. 17(c)(2), a minor may file suit through a Next Friend appointed by the Court.

3.     That as spelled out in Plaintiffs' Complaint, on September 26, 2025, Alena Putman was involved in a serious motor vehicle accident in which her grandparents, Bill and Barb Putman, and her mother, Megan Putman, died, and in

which she suffered serious, life-altering injuries, as well as causing significant and serious injuries to numerous other family members, including her father and multiple siblings.

4.      That Plaintiffs hereby make this petition to enable Alena Putman to pursue claims for the significant physical and emotional injuries she received as a result of the motor vehicle accident.

5.      That Plaintiffs have attached a proposed order appointing Blake Putman, M.D. as Alena Putman's Next Friend.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant this *ex parte* petition and enter an order appointing Blake Putman, M.D. as Next Friend of Minor Plaintiff Alena Putman for purposes of this lawsuit.

Respectfully submitted,
THE MASTROMARCO FIRM

Dated: May 1, 2026      By:      */s/ Kevin J. Kelly*
KEVIN J. KELLY (P74546)
Attorneys for Plaintiffs
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
kkelly@mastromarcofirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM E. PUTMAN III, Individually, as
Personal Representative for the Estates of
WILLIAM E. PUTMAN II and BARBARA           Case No. 1:26-cv-11422
PUTMAN, Deceased, and as Next Friend of    Hon. Brandy R. McMillion
GABRIELLA PUTMAN, a Minor, BRANDON
PUTMAN, Individually and as Next Friend of
BELLA PUTMAN, MYA PUTMAN,
NOVA PUTMAN, and GIA PUTMAN, Minors,
BLAKE PUTMAN, M.D., Individually, as
Personal Representative for the Estate of MEGAN
PUTMAN, Deceased, and as Next Friend of
MERCY PUTMAN, NOAH PUTMAN, LILLIAN
PUTMAN, and ALENA PUTMAN, Minors,
JENNIFER PUTMAN, KACIE PUTMAN,
ISABELLE PUTMAN, ABBIGAIL PUTMAN,
ADDISION PUTMAN, and EMMA PUTMAN,

     Plaintiffs,

v.

PK TURBO, LLC and PAVEL SHCHUKIN,

     Defendants.

_____/

THE MASTROMARCO FIRM
VICTOR J. MASTROMARCO, JR. (P34564)
KEVIN J. KELLY (P74546)
Attorneys for Plaintiffs
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromarco@mastromarcofirm.com
kkelly@mastromarcofirm.com

_____/

## ORDER APPOINTING BLAKE PUTMAN, M.D. AS NEXT FRIEND OF ALENA PUTMAN, A MINOR

1

This matter having come before the Court on Plaintiffs' *Ex Parte* Petition to Appoint Blake Putman, M.D. as Next Friend of Alena Putman, a Minor, and the Court having reviewed the premises for said petition:

IT IS HEREBY ORDERED that Blake Putman, M.D. shall be appointed Next Friend of Alena Putman, a Minor, for the purposes of this lawsuit.

IT IS SO ORDERED.

 

HON.  BRANDY R. McMILLION
U.S. District Court Judge

Dated: _____, 2026

2