UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM E. PUTMAN III, Individually, as Personal Representative for the Estates of WILLIAM E. PUTMAN II and BARBARA PUTMAN, Deceased, and as Next Friend of GABRIELLA PUTMAN, a Minor, BRANDON PUTMAN, Individually and as Next Friend of BELLA PUTMAN, MYA PUTMAN, NOVA PUTMAN, and GIA PUTMAN, Minors, BLAKE PUTMAN, M.D., Individually, as Personal Representative for the Estate of MEGAN PUTMAN, Deceased, and as Next Friend of MERCY PUTMAN, NOAH PUTMAN, LILLIAN PUTMAN, and ALENA PUTMAN, Minors, JENNIFER PUTMAN, KACIE PUTMAN, ISABELLE PUTMAN, ABBIGAIL PUTMAN, ADDISON PUTMAN, and EMMA PUTMAN, | Case No. 1:26-cv-11422-BRM-PTM Hon. Brandy R. McMillian |

     Plaintiffs,

v

PK TURBO, LLC and PAVEL SHCHUKIN,

     Defendants.

| | |
|---|---|
| VICTOR J. MASTROMARCO, JR. (P34564) | TIMOTHY M. KUBIK (P76635) |
| KEVIN J. KELLY (P74546) | JILLIAN M. PETERSON (P81436) |
| THE MASTROMARCO FIRM | JAMES T. FLYNN (P84708) |
| Attorneys for Plaintiffs | MCDONALD BAAS & LIVINGSTON PLLC |
| 1024 N. Michigan Avenue | Attorneys for Defendant |
| Saginaw, MI 48602 \| (989) 752-1414 | 2600 W. Big Beaver Road, Ste. 105 |
| vmastromarco@mastromarcofirm.com | Troy, MI 48084 \| (248) 970-8484 |
| kkelly@mastromarcofirm.com | Jillian.Peterson@mblfirm.com |
| | James.Flynn@mblfirm.com |
| | Christina.goutis@mblfirm.com (Ast.) |

## DEFENDANT PAVEL SHCHUKIN'S ANSWER TO COMPLAINT

NOW COMES Defendant, PAVEL SHCHUKIN, by and through his attorneys, McDONALD BAAS & LIVINGSTON, PLLC, and for his Answer to Plaintiff's Complaint, states as follows:

## COMMON ALLEGATIONS

1. Answering paragraph 1, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

2. Answering paragraph 2, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

3.      Answering paragraph 3, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

4.      Answering paragraph 4, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

5.      Answering paragraph 5, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

6.      Answering paragraph 6, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

7.      Answering paragraph 7, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

8.   Answering paragraph 8, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

9.   Answering paragraph 9, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

10.   Answering paragraph 10, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

11.   Answering paragraph 11, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

12.   Answering paragraph 12, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

13. Answering paragraph 13, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

14. Answering paragraph 14, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

15. Answering paragraph 15, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

16. Answering paragraph 16, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

17. Answering paragraph 17, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

18. Answering paragraph 18, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

19. Answering paragraph 19, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

20. Answering paragraph 20, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

21. Answering paragraph 21, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

22. Answering paragraph 22, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

23.     Answering paragraph 23, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

24.     Answering paragraph 24, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

25.     Answering paragraph 25, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

26.     Answering paragraph 26, Defendant states no contest.

27.     Answering paragraph 27, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

28.     Answering paragraph 28, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

29. Answering paragraph 29, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

30. Answering paragraph 30, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

31. Answering paragraph 31, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

32. Answering paragraph 32, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

33. Answering paragraph 33, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

34.     Answering paragraph 34, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

35.     Answering paragraph 35, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

36.     Answering paragraph 36, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

37.     Answering paragraph 37, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

38.     Answering paragraph 38, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

39. Answering paragraph 39, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

40. Answering paragraph 40, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

41. Answering paragraph 41, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

42. Answering paragraph 42, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

43. Answering paragraph 43, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

44. Answering paragraph 44, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

45. Answering paragraph 45, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

46. Answering paragraph 46, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

47. Answering paragraph 47, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

48. Answering paragraph 48, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

49.    Answering paragraph 49, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

50.    Answering paragraph 50, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

51.    Answering paragraph 51, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

52.    Answering paragraph 52, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

53.    Answering paragraph 53, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

54. Answering paragraph 54, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

55. Answering paragraph 55, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

56. Answering paragraph 56, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

57. Answering paragraph 57, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

58. Answering paragraph 58, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

59.     Answering paragraph 59, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

60.     Answering paragraph 60, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

61.     Answering paragraph 61, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

62.     Answering paragraph 62, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

63.     Answering paragraph 63, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

64. Answering paragraph 64, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

65. Answering paragraph 65, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

66. Answering paragraph 66, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

67. Answering paragraph 67, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

68. Answering paragraph 68, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

69.     Answering paragraph 69, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

70.     Answering paragraph 70, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

71.     Answering paragraph 71, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

72.     Answering paragraph 72, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

73.     Answering paragraph 73, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

74. Answering paragraph 74, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

75. Answering paragraph 75, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

76. Answering paragraph 76, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

77. Answering paragraph 77, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

78. Answering paragraph 78, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

79. Answering paragraph 79, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

80. Answering paragraph 80, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

## COUNT I – NEGLIGENCE OF DEFENDANT SHCHUKIN

81. Answering paragraph 81, Defendant reincorporates and realleges the preceding paragraphs as though fully stated herein.

82. Answering paragraph 82, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

83. Answering paragraph 83, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

84.     Answering paragraph 84, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

85.     Answering paragraph 85, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

86.     Answering paragraph 86, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

87.     Answering paragraph 87, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

88.     Answering paragraph 88, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

89. Answering paragraph 89, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

90. Answering paragraph 90, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

91. Answering paragraph 91, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

92. Answering paragraph 92, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

93. Answering paragraph 93, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

94. Answering paragraph 84, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

95. Answering paragraph 95, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

96. Answering paragraph 96, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

97. Answering paragraph 97, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

## COUNT II – VICARIOUS LIABILITY OF DEFENDANT PK TURBO, LLC

98.     Answering paragraph 98, Defendant reincorporates and realleges the preceding paragraphs as though fully stated herein.

99.     Answering paragraph 99, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

100.    Answering paragraph 100, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

101.    Answering paragraph 101, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

102.    Answering paragraph 102, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

103.    Answering paragraph 103, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

104.   Answering paragraph 104, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

105.   Answering paragraph 105, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

106.   Answering paragraph 106, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

107.   Answering paragraph 107, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

108.   Answering paragraph 108, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

109. Answering paragraph 109, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

110. Answering paragraph 110, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

111. Answering paragraph 111, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

112. Answering paragraph 112, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

113. Answering paragraph 113, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

114. Answering paragraph 114, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

115. Answering paragraph 115, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

116. Answering paragraph 116, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

117. Answering paragraph 117, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

118. Answering paragraph 118, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

119. Answering paragraph 119, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

120. Answering paragraph 120, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

## COUNT III – OWNERS' LIABILITY OF DEFENDANT PK TURBO, LLC PURSUANT TO MCL 257.401(1)

121. Answering paragraph 121, Defendant reincorporates and realleges the preceding paragraphs as though fully stated herein.

122. Answering paragraph 122, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs

123. Answering paragraph 123, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

124. Answering paragraph 124, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

125. Answering paragraph 125, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

126. Answering paragraph 126, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

127. Answering paragraph 127, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

128. Answering paragraph 128, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

129. Answering paragraph 129, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

130. Answering paragraph 130, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

131. Answering paragraph 131, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

132. Answering paragraph 132, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

133. Answering paragraph 133, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

134. Answering paragraph 134, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

135. Answering paragraph 135, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

136. Answering paragraph 136, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

137. Answering paragraph 137, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

## COUNT IV – NEGLIGENT ENTRUSTMENT BY DEFENDANT PK TURBO, LLC

138. Answering paragraph 138, Defendant reincorporates and realleges the preceding paragraphs as though fully stated herein.

139. Answering paragraph 139, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

140. Answering paragraph 140, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

141. Answering paragraph 141, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

142. Answering paragraph 142, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

143. Answering paragraph 143, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

144. Answering paragraph 144, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

145. Answering paragraph 145, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

146. Answering paragraph 146, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

147. Answering paragraph 147, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

148. Answering paragraph 148, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

149. Answering paragraph 149, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

150. Answering paragraph 150, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

151. Answering paragraph 151, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

152. Answering paragraph 152, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

153. Answering paragraph 153, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

154. Answering paragraph 154, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

155. Answering paragraph 155, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

156. Answering paragraph 156, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

157. Answering paragraph 157, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

158. Answering paragraph 158, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

## COUNT V – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS BY DEFENDANTS

159. Answering paragraph 159, Defendant reincorporates and realleges the preceding paragraphs as though fully stated herein.

160. Answering paragraph 160, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

161. Answering paragraph 161, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

162. Answering paragraph 162, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

163. Answering paragraph 163, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

164. Answering paragraph 164, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

165. Answering paragraph 165, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

166. Answering paragraph 166, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

167. Answering paragraph 167, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

168. Answering paragraph 168, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

169. Answering paragraph 169, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

170. Answering paragraph 170, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

171. Answering paragraph 171, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

172. Answering paragraph 172, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

173. Answering paragraph 173, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

174. Answering paragraph 174, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

175. Answering paragraph 175, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

176. Answering paragraph 176, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

177. Answering paragraph 177, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

178. Answering paragraph 178, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

179. Answering paragraph 179, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

180. Answering paragraph 180, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

181. Answering paragraph 181, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

182. Answering paragraph 182, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

183. Answering paragraph 183, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said

allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

184.   Answering paragraph 184, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

185.   Answering paragraph 185, Defendant states that he is without sufficient knowledge or information upon which to form a belief as to the truth of said allegation and, therefore, neither admits nor denies the same, but leaves Plaintiffs to their proofs.

WHEREFORE, Defendant PAVEL SHCHUKIN denies that Plaintiff is entitled to recover judgment against it in any sum of money and prays that Plaintiff's cause of action be dismissed and that Defendant be awarded costs and reasonable attorney fees.

Respectfully submitted,

MCDONALD BAAS & LIVINGSTON, PLLC

JILLIAN M. PETERSON (P81436)
JAMES T. FLYNN (P84708)
Attorneys for Defendants

June 24, 2026

39

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties in the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 24, 2026 via:

☐ U.S. MAIL  ☐ E-MAIL  ☐ HAND DELIVERED

☒ E-FILE  ☐ FEDEX  ☐ OTHER

*/s/ James Flynn*
James T. Flynn

40

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM E. PUTMAN III, Individually, as Personal Representative for the Estates of WILLIAM E. PUTMAN II and BARBARA PUTMAN, Deceased, and as Next Friend of GABRIELLA PUTMAN, a Minor, BRANDON PUTMAN, Individually and as Next Friend of BELLA PUTMAN, MYA PUTMAN, NOVA PUTMAN, and GIA PUTMAN, Minors, BLAKE PUTMAN, M.D., Individually, as Personal Representative for the Estate of MEGAN PUTMAN, Deceased, and as Next Friend of MERCY PUTMAN, NOAH PUTMAN, LILLIAN PUTMAN, and ALENA PUTMAN, Minors, JENNIFER PUTMAN, KACIE PUTMAN, ISABELLE PUTMAN, ABBIGAIL PUTMAN, ADDISON PUTMAN, and EMMA PUTMAN, | Case No. 1:26-cv-11422-BRM-PTM<br>Hon. Brandy R. McMillian |
| Plaintiffs, | |
| v | |
| PK TURBO, LLC and PAVEL SHCHUKIN, | |
| Defendants. | |

41

| VICTOR J. MASTROMARCO, JR. (P34564) | TIMOTHY M. KUBIK (P76635) |
|---|---|
| KEVIN J. KELLY (P74546) | JILLIAN M. PETERSON (P81436) |
| THE MASTROMARCO FIRM | JAMES T. FLYNN (P84708) |
| Attorneys for Plaintiffs | MCDONALD BAAS & LIVINGSTON PLLC |
| 1024 N. Michigan Avenue | Attorneys for Defendant |
| Saginaw,  MI 48602 \| (989) 752-1414 | 2600 W. Big Beaver Road, Ste. 105 |
| vmastromarco@mastromarcofirm.com | Troy, MI 48084 \| (248) 970-8484 |
| kkelly@mastromarcofirm.com | Jillian.Peterson@mblfirm.com |
| | James.Flynn@mblfirm.com |
| | Christina.goutis@mblfirm.com (Ast.) |

## DEFENDANT PAVEL SHCHUKIN'S AFFIRMATIVE DEFENSES

NOW COMES Defendant, PAVEL SHCHUKIN, by and through his attorneys, McDONALD BAAS & LIVINGSTON, PLLC, and for his Affirmative Defenses, states as follows:

1. The Plaintiffs have failed to state a cause of action upon which relief can be granted and, thus, Defendant is entitled to judgment in its favor as a matter of law.

2. Another person or entity is at fault, whether a party or non-party, and pursuant to MCL 600.2957, fault must be allocated to them.

3. Under the terms, conditions and provisions of the Michigan No-Fault Act, MCLA 500.3101, et seq., Plaintiff may not recover against this Defendant for items of economic expense, including but not limited to medical, hospital and drug bills and lost earnings and earning capacity.

4.     Plaintiffs are more than 50% at fault and, under the series of laws commonly termed the Tort Reform Acts, and in particular, MCL 600.6304, Plaintiff cannot recover.

5.     Defendant maintains that it is entitled to reimbursement of costs and attorney fees pursuant to MCR 2.625(2) because the claims brought are frivolous within the meaning of that court rule.

6.     The Plaintiffs' claims are barred under the Michigan No-Fault Statute because the Plaintiffs have failed to sustain a serious impairment of a body function and/or serious and permanent disfigurement, as required by law.

7.     The Plaintiffs have failed to state a claim upon which relief can be granted according to MCR 2.116(C)(8).

8.     The Plaintiffs have failed to support his claim with reasonable proof as to the fact and amount of loss according to MCL 500.3142; MSA 24.13142.

9.     The Plaintiffs' claims are barred as, except for the amount of damages, there is no genuine issue of material fact, and the Defendant is entitled to judgment or partial judgment as a matter of law.  MCR 2.116(C)(10).

10.     The Plaintiffs lack the legal capacity to sue, as they have not suffered an accidental bodily injury as provided in MCL 500.3105; MSA 24.13105.

11.     The benefits claimed due by the Plaintiffs are not past due according to MCL 500.3142(1); MSA 24.13142(1), as those benefits have not yet accrued.

43

12.     The benefits claimed by the Plaintiffs are not past due as the Plaintiff has not provided the Defendant with the required proof concerning the reasonable necessity and amount of the alleged past due benefits.

13.     The Plaintiffs have a coordinated policy of insurance, and the Defendant's duty to reimburse the Plaintiffs has not arisen, as primary coverage from the Plaintiffs' other insurer has not been sought.

14.     The Defendant has complied with each applicable statute and insurance policy provision in the payment of the benefits sought by the Plaintiff.

15.     The Defendant is entitled to any set off, deduction and limitation applicable to the payment of personal protection insurance benefits as provided by the Michigan No-Fault Act.

16.     The Plaintiffs failed to use proper care and mitigate their damages and, therefore, may not be compensated for damages which result from their failure to use such care.

17.     The Plaintiff's claim is barred by collateral estoppel and/or issue preclusion.

18.     Defendant maintains that it is entitled to reimbursement of costs and attorney fees pursuant to MCR 2.625(2) because the claims brought are frivolous within the meaning of that court rule.

19.     The claim fails because there exists no proximate cause between the negligent conduct of Defendant, if any, and the injuries sustained by Plaintiff.

20.     Another person or entity is at fault, whether a party or non-party, and pursuant to MCL 600.2957, fault must be allocated to them.

21.     The claim is barred in total, or at least in part, by Michigan's tort reform legislation, including, but not limited to, pre-judgment interest on future damages, MCL 600.6013, collateral source, MCL 600.6303, separate damages, MCL 600.6305, and reduction to gross present value, MCL 600.6306.

22.     Plaintiff did not have in effect the security required by Section 3101 at the time the injury occurred and, therefore, Plaintiff's third-party auto claim is barred pursuant to MCL 500.3135(2)(c).

23.     The sole and exclusive cause of this accident was a sudden emergency not of Defendant's own making and which Defendant could not anticipate nor avoid.

24.     Plaintiff's claim is barred due to his/her deficient and/or lack of service of process of the Summons and Complaint on Defendant.

25.     Plaintiff was reading, manually typing or sending text messages on a wireless 2-way communication device located in his/her hand or lap, including a wireless telephone, using a cellular telephone service or personal communication service, while operating a motor vehicle that was moving on a highway or street in violation of MCL 257.602(B).

45

26. Plaintiff was speeding at the time of the accident, thus waiving the right of way.

27. Any amount determined to be recoverable by Plaintiffs as damages in this action shall be reduced pursuant to MCL 257.710e(8) because Plaintiffs failed to wear their safety belts.

28. Venue is improper and inconvenient.

29. Plaintiffs failed to seek reasonable medical and/or psychological treatment to alleviate their emotional distress.

30. Plaintiffs failed to suffer actual, physical harm and/or have any observable physical symptoms of mental anguish or psychological trauma.

31. Plaintiffs were comparatively negligent in failing to take reasonable steps for their own safety and in failing to act with appropriate due care and caution of a reasonably prudent person.

32. Plaintiffs are not entitled to recover damages under the Michigan Wrongful Death Act because none of the eligible claimants were financially dependent on Plaintiff's Decedent on the date of his demise.

33. Plaintiffs are not entitled to recover damages under the Michigan Wrongful Death Act because Plaintiff's Decedent did not suffer any conscious pain or suffering during the period between when the accident occurred and when Plaintiff's Decedent passed away.

34. Plaintiff is not entitled to recover damages under the Michigan Wrongful Death Act because Plaintiff cannot establish any loss of society or services suffered by any of the eligible claimants.

35. In that this action was brought post-tort reform, and that it was filed after March 28, 1999, all provisions of Public Act 1961 apply to this Defendant together with all provisions of the Tort Reform that have taken effect by way of illustration, but not limitation, Defendant cites MCL 600.2945, 600.2946, 600.2946a, 600.2947, 600.2948, 600.2955, 600.2956, 600.2957, 600.2958, 600.2959, 600.2960, 600.6304, 600.6304(3), 600.6306, 600.6312, and all other provisions that could in any way have applicability to this matter.

36. Plaintiffs are not immediate family members of those who allegedly suffered injury and/or death and are barred from recovery.

37. The Defendant reserves the right to add to and amend these Affirmative Defenses as additional facts and information are uncovered during discovery.

Respectfully submitted,

MCDONALD BAAS & LIVINGSTON, PLLC

JILLIAN M. PETERSON (P81436)
JAMES T. FLYNN (P84708)
Attorneys for Defendants

June 24, 2026

47

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties in the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 24, 2026 via:

☐ U.S. MAIL  ☐ E-MAIL  ☐ HAND DELIVERED

☒ E-FILE  ☐ FEDEX  ☐ OTHER

*/s/ James Flynn*
James T. Flynn