UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

William E. Putman, III, et al.,

Plaintiff(s),

v.

Case No. 1:26−cv−11422−BRM−PTM
Hon. Brandy R. McMillion

PK Turbo, LLC, et al.,

Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Patricia T. Morris for all non−dispositive pretrial proceedings, including any previously filed non−dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A). Dispositive motions are defined in LR 7.1(e)(1).

s/Brandy R. McMillion
Brandy R. McMillion
United States District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

s/Leanne Hosking
Case Manager

Dated: June 24, 2026