**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

WILLIAM E. PUTMAN, III, et al.,

      *Plaintiff,*

v.

PK TURBO, LLC, et al.,

      *Defendants.*

_____/

Case No. 1:26-cv-11422

Brandy R. McMillion
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## ORDER REGARDING RULE 26(f) CONFERENCE
## AND DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties are ordered to confer as soon as practicable to develop a proposed discovery plan. Counsel shall electronically file the Joint Discovery Plan by **July 22, 2026**. The plan must address all matters specified in Rule 26(f)(1)-(4), as well as answers to the following questions, as applicable:

1. Will the issues of the litigation be narrowed?

2. Are amendments to any pleadings necessary?

3. Will either party be seeking to join additional parties?

4. Will the parties agree to case evaluation, and stipulate to be bound by Michigan Court Rule 2.403, including sanctions?

5. Would a settlement conference or another form of alternative dispute resolution be beneficial at this time or in the near future?

1

Upon review of the Joint Discovery Plan, the Court will either issue a Scheduling Order pursuant to Rule 16(b) or, if necessary, schedule a conference. No initial scheduling conference will be set at this time.

**IT IS SO ORDERED**.

Date: June 25, 2026

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge