UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM E. PUTMAN III, Individually, as Personal Representative for the Estates of WILLIAM E. PUTMAN II and BARBARA PUTMAN, Deceased, and as Next Friend of GABRIELLA PUTMAN, a Minor, BRANDON PUTMAN, Individually and as Next Friend of BELLA PUTMAN, MYA PUTMAN, NOVA PUTMAN, and GIA PUTMAN, Minors, BLAKE PUTMAN, M.D., Individually, as Personal Representative for the Estate of MEGAN PUTMAN, Deceased, and as Next Friend of MERCY PUTMAN, NOAH PUTMAN, LILLIAN PUTMAN, and ALENA PUTMAN, Minors, JENNIFER PUTMAN, KACIE PUTMAN, ISABELLE PUTMAN, ABBIGAIL PUTMAN, ADDISON PUTMAN, and EMMA PUTMAN,

Plaintiffs,

v

PK TURBO, LLC and PAVEL SHCHUKIN,

Defendants.

Case No. 1:26-cv-11422-BRM-PTM
Hon. Brandy R. McMillian

VICTOR J. MASTROMARCO, JR. (P34564)
KEVIN J. KELLY (P74546)
THE MASTROMARCO FIRM
CoCounsel for Plaintiffs
1024 N. Michigan Avenue
Saginaw, MI 48602 | (989) 752-1414
vmastromarco@mastromarcofirm.com
kkelly@mastromarcofirm.com

MARC LIPTON (P43877)
SEAN McNALLY (P77563)
LIPTON LAW
CoCounsel for Plaintiffs
18930 W. 10 Mile
Southfield, MI 48075 | (248) 577-1688
Marc@liptonlaw.com
Sean@liptonlaw.com

TIMOTHY M. KUBIK (P76635)
JILLIAN M. PETERSON (P81436)
JAMES T. FLYNN (P84708)
MCDONALD BAAS & LIVINGSTON PLLC
Attorneys for Defendant
2600 W. Big Beaver Road, Ste. 105
Troy, MI 48084 | (248) 970-8484
Jillian.Peterson@mblfirm.com
James.Flynn@mblfirm.com
Christina.goutis@mblfirm.com (Ast.)

**DEFENDANT'S NOTICE OF NON-PARTY FAULT**

NOW COME Defendants, PK Turbo, LLC and Pavel Schhukin, by and through their Counsel, McDonald Baas & Livingston, PLLC, and give notice that a non-party is wholly or partially at fault for the claims made in Plaintiff's complaint, pursuant to MCL 600.2957.

Name: Tuscola County Road Commission

Last known address: 1733 S. Mertz Road, Caro, MI 48723

Basis for fault:

Upon information and belief, Tuscola County Road Commission knew or should have known that its road/intersection design, including but not limited to

traffic control devices, at the intersection of Hurds Corner Road and Deckerville Road in Ellington Township, Tuscola County, Michigan, was insufficient and did not adequately protect or warn the public from foreseeable accidents and crashes, including the accident alleged within Plaintiff's complaint.

Respectfully submitted,

McDONALD BAAS & LIVINGSTON PLLC

*/s/ James Flynn*
TIMOTHY M. KUBIK (P76635)
JILLIAN M. PETERSON (P81436)
JAMES T. FLYNN (P84708)
Attorneys for Defendants

Dated: August 19, 2026.

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties in the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on August 19, 2026 via:

| | | |
|---|---|---|
| ☐ U.S. MAIL | ☐ E-MAIL | ☐ HAND DELIVERED |
| ☒ E-FILE | ☐ FEDEX | ☐ OTHER |

*/s/ James Flynn*
James T. Flynn