**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

WILLIAM E. PUTMAN III, Individually, as Personal Representative for the Estates of WILLIAM E. PUTMAN II and BARBARA PUTMAN, Deceased, and as Next Friend of G.P., a Minor, BRANDON PUTMAN, Individually and as Next Friend of B.P., M.P., N.P., and G.P., Minors, BLAKE PUTMAN, M.D., Individually, as Personal Representative for the Estate of MEGAN PUTMAN, Deceased, and as Next Friend of M.P., N.P., L.P., and A.P., Minors, JENNIFER PUTMAN, KACIE PUTMAN, ISABELLE PUTMAN, ABBIGAIL PUTMAN, ADDISION PUTMAN, and EMMA PUTMAN,

Case No. 1:26-cv-11422
Hon. Brandy R. McMillion

Plaintiffs,

v.

PK TURBO, LLC, PAVEL SHCHUKIN,

Defendants.

_______________________________________________/

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

Now comes the attorneys of record and hereby stipulate and agree to the dismissal of this cause without prejudice and without costs or fees to any party.

*/s/ Victor J. Mastromarco JR.*
VICTOR J. MASTROMARCO, JR. (P34564)
KEVIN J. KELLY (P74546)
The Mastromarco Firm
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromarco@mastromarcofirm.com
kkelly@mastromarcofirm.com
Attorney for Plaintiff

*/s/ James T. Flynn with permission*
JAMES T. FLYNN (P84708)
MCDONALD BAAS &
LIVINGSTON PLLC
2600 W. Big Beaver Road, Ste. 105
Troy, MI 48084
(248) 970-8484
James.Flynn@mblfirm.com
Attorney for Defendant

*/s/ Marc Lipton with permission*
MARC LIPTON (P43877)
LIPTON LAW
18930 W. 10 Mile
Southfield, MI 48075
(248) 557-1688
mark@liptonlaw.com
sean@liptonlaw.com
Co-counsel for Plaintiffs

Dated: September 23, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

WILLIAM E. PUTMAN III, Individually, as Personal Representative for the Estates of WILLIAM E. PUTMAN II and BARBARA PUTMAN, Deceased, and as Next Friend of G.P., a Minor, BRANDON PUTMAN, Individually and as Next Friend of B.P., M.P., N.P., and G.P., Minors, BLAKE PUTMAN, M.D., Individually, as Personal Representative for the Estate of MEGAN PUTMAN, Deceased, and as Next Friend of M.P., N.P., L.P., and A.P., Minors, JENNIFER PUTMAN, KACIE PUTMAN, ISABELLE PUTMAN, ABBIGAIL PUTMAN, ADDISION PUTMAN, and EMMA PUTMAN,

Case No. 1:26-cv-11422
Hon. Brandy R. McMillion

Plaintiffs,

v.

PK TURBO, LLC, AND PAVEL SHCHUKIN,

Defendants.

______________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court upon the stipulation of the Parties to dismiss without prejudice, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 24, 2026

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
United States District Judge